UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ESCOBAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants. | Case No.　5:16-cv-02728-HRL<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

　　　　Defendants move to dismiss the complaint.  Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than June 6, 2016, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge.  Despite reminders from the court, not all parties have done so.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge.  28 U.S.C. § 636; Civ. L.R. 73-1.

　　　　SO ORDERED.

Dated:　June 10, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:16-cv-02728-HRL Notice electronically mailed to:

Gurinder Singh Grewal     gsg@severson.com, jc@severson.com, jfa@severson.com

5:16-cv-02728-HRL Clerk sent notice on 6/10/2016 by U.S. Mail to:

Manuel Escobar
380 Valleyridge Street
Soledad, CA 93960