United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MANUEL ESCOBAR,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　Defendants. | Case No. 16-CV-02728-LHK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　　On July 25, 2016, the Court issued an order granting Defendants' motion to dismiss Plaintiff's complaint without prejudice. ECF No. 16. This Order stated that, "[s]hould Plaintiff elect to file an amended complaint . . . , Plaintiff shall do so within 30 days of the date of this Order. Failure to meet the 30 day deadline to file an amended complaint . . . will result in a dismissal with prejudice." *Id.* at 2. Plaintiff has not filed an amended complaint, and the deadline to file an amended complaint has now passed.

　　　Moreover, on August 17, 2016, Defendants filed a notice which stated that "[d]efense counsel has attempted to contact Plaintiff multiple times since August 3, 2016 to meet and confer regarding ADR and the Case Management Conference that is currently scheduled for August 31, 2016. However, Plaintiff has not responded to defense counsel's attempts." ECF No. 18 at 2.

1   Accordingly, this case is hereby DISMISSED with prejudice.  The initial case management
2   conference, currently set for August 31, 2016, at 2:00 p.m., is VACATED.  The Clerk shall close
3   the file.

**IT IS SO ORDERED.**

Dated:  August 26, 2016.

_____
LUCY H. KOH
United States District Judge