**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL ESCOBAR,<br><br>            Plaintiff-Appellant,<br><br> v.<br><br>OCWEN LOAN SERVICING, LLC; et al.,<br><br>            Defendants-Appellees. | No.   16-16694<br><br>D.C. No. 5:16-cv-02728-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

The parties' joint motion for voluntary dismissal of this appeal (Docket Entry No. 29) is granted. This case is dismissed. *See* Fed. R. App. P. 42(b).

Each party shall bear its own costs on appeal.

This order served on the district court shall act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kiyoshi Din
Deputy Clerk
Ninth Circuit Rule 27-7